**CHROME SYSTEMS, INC., Plaintiff Below, Appellant,**

v.

**AUTODATA SOLUTIONS, INC., Autodata Solutions Company, Autodata, Inc. Internet Brands, Inc., Robert N. Brisco, Scott A. Friedman, and B. Lynn Walsh, Defendants Below, Appellees.**

**No. 484, 2016**

Supreme Court of Delaware.

Submitted: September 28, 2016
Decided: October 26, 2016

Court Below—Court of Chancery of the State of Delaware, C.A. No. 11808

REFUSED.

**John J. LONGFELLOW, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 352, 2016**

Supreme Court of Delaware.

Submitted: September 29, 2016

Decided: December 21, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1102013113

AFFIRMED.